948

No. 79–472. SMITH *v.* OREGON. Appeal from Ct. App. Ore. dismissed for want of substantial federal question. █

No. 79–502. STRIKE ET UX. *v.* TRANS-WEST DISCOUNT CORP. ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question. █

No. 79–5506. BRINTLEY ET AL. *v.* MICHIGAN. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question. █

No. 78–1007. FULLILOVE ET AL. *v.* KREPS, SECRETARY OF COMMERCE, ET AL. C. A. 2d Cir. [Certiorari granted, 441 U. S. 960.] Motion of petitioners General Building Contractors of New York, Inc., et al. for divided argument granted.

No. 78–1369. COMMITTEE FOR PUBLIC EDUCATION AND RELIGIOUS LIBERTY ET AL. *v.* REGAN, COMPTROLLER OF NEW YORK, ET AL. D. C. S. D. N. Y. [Probable jurisdiction noted, 442 U. S. 928.] Motion of appellees for divided argument granted.

No. 78–1487. FORD MOTOR CREDIT CO. ET AL. *v.* MILHOLLIN ET AL. C. A. 9th Cir. [Certiorari granted, 442 U. S. 940.] Motion of petitioners for divided argument granted.

No. 78–1548. CALIFORNIA BREWERS ASSN. ET AL. *v.* BRYANT ET AL. C. A. 9th Cir. [Certiorari granted, 442 U. S. 916.] Motion of petitioners and respondent unions for additional time for oral argument denied. The alternative request for divided argument granted. Motion of respondent Bryant for divided argument granted.

No. 78–1780. CROWELL, SECRETARY OF STATE OF TENNESSEE, ET AL. *v.* MADER ET AL., *ante,* p. 806. Appellants requested to file a response to petition for rehearing within 30 days.